FILED'09 FEB 02 13:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEY BANK NATIONAL ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD G. VAN NOY, et al, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENNIS D'ANNUNZIO, SUE ANN ) <br> D'ANNUNZIO, f/k/a SUE ANN VAN ) <br> NOY, and BARKLEN, LLC, ) <br> ) <br> Third-Party Defendants. ) <br> _____ ) | Civil Case No. 07-1076-HU <br><br> O R D E R |

Page 1 - ORDER

Rochelle L. Stanford
PITE DUNCAN, LLP
525 E. Main Street
P. O. Box 12289
El Cajon California 92117

       Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Adam F. Hulbig
Trial Attorney, Tax Division
United States Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

       Attorneys for Defendant United States

Shannon Raye Martinez
SAALFELD GRIGGS PC
P. O. Box 470
250 Church Street SE, Suite 300
Salem, Oregon 97308

       Attorneys for Defendant American Tower, L.P.

KING, Judge:

       The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on January 14, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

       Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#132).

Page 2 - ORDER

IT IS HEREBY ORDERED that American Tower's Motion for Attorney's Fees (#117) and American Tower's Bill of Costs (#119) are granted in part. I award attorney fees of $10,016.35 and costs of $75.00.

DATED this 2nd day of February, 2009.

_____
GARR M. KING
United States District Judge